JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT COSTANZO,<br><br>        Plaintiff,<br><br>    v.<br><br>PRINCESS CRUISE LINES, LTD., WHICH WILL DO BUSINESS IN CALIFORNIA AS PRINCESS CRUISES; and DOES 1 through 10 inclusive,<br><br>        Defendants. | Case No. CV10-9969 DSF(PJWx)<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed: December 28, 2010<br>Trial Date: October 2, 2012<br>Judge: Hon. Dale S. Fischer<br>            (Roybal, Ctrm. 840) |

1 | Pursuant to the stipulation of the parties, the above entitled action is dismissed
2 | with prejudice, each party to bear their own costs, expenses and attorneys fees.

DATED: 2/15/12   By: *Dale S. Fischer*
Hon. Dale S. Fischer

Proposed Order.doc

1    Case No. CV10-9969 DSF(PJWx)
[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE